THE Tug PERCHERON, her Engines, Furniture, Apparel, etc., and Cornelius Kroll & Company, Appellants,

v.

ALABAMA TRANSIT COMPANY, Appellee.

No. 16587.

United States Court of Appeals Fifth Circuit.

Feb. 13, 1958.

See 146 F.Supp. 318, affirmed in 246 F.2d 135.

Before RIVES, and CAMERON, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

After due consideration, the motion for rehearing in the above case is overruled.

Raymond E. BROWN, Appellant,

v.

INTERNATIONAL MAILERS UNION, and Harold A. Hosier, B. M. Keith, Robert Glicker and Leonard M. Sagot, Individually and as Officers and Members of the Executive Council of the International Mailers Union.

No. 12536.

United States Court of Appeals Third Circuit.

Argued Feb. 18, 1958.

Decided March 6, 1958.

Edward Davis, Sheldon Tabb, Philadelphia, Pa., for appellant.

M. H. Goldstein, Bernard L. Barkan, Philadelphia, Pa., for appellees.

Before BIGGS, Chief Judge, and GOODRICH and KALODNER, Circuit Judges.

PER CURIAM.

On consideration of the whole record on the instant appeal, we cannot say that the District Court abused its legal discretion in denying the motion for the interlocutory relief sought.

The judgment of the court below will be affirmed.